STATE OF NEW JERSEY v. WINFRED GRAY.

October 29, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM BURNETT.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT JONES.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRED CISSON.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP CERZA.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLENE BORINO.

November 27, 1974. Petition for certification denied.